UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SERGIO MORALES,

        Plaintiff,

v.

MICHAEL MINEV, *et al.,*

        Defendants.

Case No. 2:22-cv-00387-RFB-EJY

**ORDER TO PRODUCE
FOR
VIDEOCONFERENCE
SERGIO MORALES
#66554**

TO:    TIM GARRETT, WARDEN, LOVELOCK CORRECTIONAL CENTER, LOVELOCK, NV

**THE COURT HEREBY FINDS** that **SERGIO MORALES, #665544**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Lovelock Correctional Center, or his designee, shall arrange for and produce **SERGIO MORALES, #66554,** on or about Friday, February 17, 2023, at the hour of 10:00 a.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **SERGIO MORALES, #66554,** is released and discharged by the said Court; and that **SERGIO MORALES, #665544**, shall thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, Nevada, under safe and secure conduct.

**DATED** this 31st day of January, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**