UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SERGIO MORALES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>    Defendants. | Case No. 2:22-cv-00387-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff Sergio Morales' Motion in which he explains that the Nevada Department of Corrections ("NDOC") erroneously believes there is an order to collect filing fees from Mr. Morales for Case No. 3:22-cv-0277-MMD-CSD.  ECF No. 25. The Court reviewed the docket in Case No. 3:22-cv-0277 and finds Mr. Morales ***is not*** the plaintiff in that matter and he should ***not*** pay any fees associated with that matter.

Accordingly, IT IS HEREBY ORDERD that Plaintiff's Motion at ECF No. 25 is GRANTED.

IT IS FURTHER ORDERED that the Deputy Attorney General assigned to this matter must, no later than **seven (7)** days after the date of this Order, contact appropriate personnel associated with NDOC to ensure Mr. Morales' trust accounts are not charged fees of any kind associated with Case No. 3:22-cv-0277.

IT IS FURTHER ORDERED that the Deputy Attorney General must file a notice of compliance no later than **ten (10)** days after the date of this Order confirming NDOC was notified of and is in compliance with the Court's Order.

DATED this 24th day of February, 2023.

ELAYNA J. YOUCHAH  
UNITED STATES MAGISTRATE JUDGE