1          UNITED STATES DISTRICT COURT

2                DISTRICT OF NEVADA

3                      * * *

4    SERGIO MORALES,                           Case No. 2:22-cv-00387-RFB-EJY

5          Plaintiff,

6    v.                                        **ORDER**

7    MICHAEL MINEV, et al.,

8          Defendants.

9

10         Pending before the Court is Defendants' Motion for Leave to File Exhibit A to Defendants'

11   Status Report Under Seal (ECF No. 32).  Exhibit A contains Plaintiff's medical records.  As the

12   party seeking to seal a judicial record, Defendants must meet their burden of overcoming the strong

13   presumption in favor of access and public policies favoring disclosure.  *Kamakana v. City and Cnty.*

14   *of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (holding that those who seek to maintain the

15   secrecy of documents attached to dispositive motions must meet the high threshold of showing that

16   "compelling reasons" support secrecy).  "Many courts have applied the compelling reasons standard

17   to … temporary restraining orders" and motions seeking preliminary injunctive relief.  *Ctr. for Auto*

18   *Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096 n.2 (9th Cir. 2016) (collecting cases); *see also*

19   *Selling Source, LLC v. Red River Ventures, LLC*, Case No. 2:09-cv-01491-JCM-GWF, 2011 WL

20   1630338, at *5 (finding requests for preliminary injunctive relief should be treated as dispositive

21   motions for purposes of sealing court records) (D. Nev. Apr. 29, 2011).

22         Compelling reasons for maintaining secrecy of records filed with the Court requires

23   demonstration that the publicly filed document has the potential to become a vehicle for improper

24   purposes, including use of records to gratify private spite, promote public scandal, disseminate

25   libelous statements, or circulate trade secrets.  *Nixon v. Warner Commc'ns*, 435 U.S. 589, 598

26   (1978).  Importantly, medical privacy also meets the compelling reason standard.  *See, e.g.*, *San*

27   *Ramon Regional Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL 89931, at *n.1 (N.D. Cal. Jan.

28   10, 2011); *Abbey v. Hawaii Employers Mut. Ins. Co.*, 2010 WL 4715793, at *1-2 (D. HI. Nov. 15,

1    2010); *G. v. Hawaii*, 2010 WL 267483, at \*\*1-2 (D. HI. June 25, 2010); *Wilkins v. Ahern*, 2010 WL

2    3755654 (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp.*, 2009 WL

3    1212170, at \*1 (D. Ariz. May 4, 2009).

4            The Court considered Defendants' Motion and the document sought to be sealed.  The Court

5    finds Exhibit A is properly sealed as it contains private medical information about Plaintiff.

6            Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Exhibit

7    A to Defendants' Status Report Under Seal (ECF No. 32) is GRANTED.

8            IT IS FURTHER ORDERED that Exhibit A to Defendants' Status Report (ECF No. 33), is

9    and shall remain sealed.

10           Dated this 21st day of March, 2023.

11

12                                                            _____
                                                              ELAYNA J. YOUCHAH
13                                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28