UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SERGIO MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MINEV, et al.<br><br>　　　　Defendants. | Case No.: 2:22-cv-00387-RFB-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion for Extension of Time (ECF No. 41) in which Plaintiff states concerns about conducting discovery while he waits for pro bono counsel to be appointed. On July 3, 2023, Defendants filed a non-opposition to the Court's proposal that discovery and other due dates in the Scheduling Order be stayed until such time as pro bono counsel is appointed. ECF No. 44.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time (ECF No. 41) is GRANTED.

　　　　IT IS FURTHER ORDERED that dates appearing in the Scheduling Order for Civil Rights Action Filed by Incarcerated Pro Se Plaintiff (ECF No. 28) that have not already passed **are stayed** until such time as pro bono counsel enters an appearance for Plaintiff.

　　　　IT IS FURTHER ORDERED that within **ten (10) days** of pro bono counsel entering an appearance, counsel for the parties must meet and confer regarding a revised discovery plan and scheduling order.

　　　　IT IS FURTHER ORDERED that the joint proposed revised discovery plan and scheduling order must be filed with the Court no later than **ten (10) days** after the parties meet and confer.

　　　　DATED this 3rd day of July, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE